| | | | | |
|---|---|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)**<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | | **TELEPHONE NO.**<br>(510) 337-1001 | | **FOR COURT USE ONLY** |
| **ATTORNEY FOR (NAME)** | | **REFERENCE NUMBER**<br>00034804-01 | | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>United States District Court, | | | | |
| **SHORT NAME OF CASE**<br>BOARD OF TRUSTEES vs. CAL-KIRK LANDSCAPING | | | | |
| **PROOF OF SERVICE** | **DATE:** | **TIME:** | **DEPT/DIV:** | **CASE NUMBER:**<br>C 08-03292 EMC |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons; Civil Case Cover Sheet; Petition to Confirm Arbitration Award; Memorandum of Points and Authorities; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout; Consenting To A Magistrate Judge's Jurisdiction; Notice of Assignment of Case To a United States Magistrate Judge for Trial

        Name: CAL-KIRK LANDSCAPING, INC., A CALIFORNIA CORPORATION

Person Served: DENISE ZIMMERMAN
        Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: August 7, 2008    HDATE:
Time of Delivery: 02:22 pm

Place of Service: 2905 SAINT LOUIS ROAD
                 ARCATA, CA 95521        **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 125.00

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: Shasta County,
Number: 118
Expiration Date: 07/06/2009
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034804-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: August 15, 2008
at: San Francisco, California.

Signature: *[signature]*
Name: MATTHEW WINTERS
Title: (i) registered California Process server