1   BARRY E. HINKLE, Bar No. 071223
    CONCEPCION E. LOZANO-BATISTA, Bar No. 227227
2   KRISTINA M. ZINNEN, Bar No. 245346
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone (510) 337-1001
5   Fax (510) 337-1023

6   Attorneys for Plaintiffs

7   G. DANIEL NEWLAND, Bar No. 087965
    ARI HERSHER, Bar No. 260321
8   SEYFARTH SHAW LLP
    560 Mission Street, Suite 3100
9   San Francisco, California 94105
    Telephone (415) 397-2823
10  Fax (415) 397-8549

11  Attorneys for Defendant

12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16  THE BOARD OF TRUSTEES, in their          )    Case No. No. C 08-03292 EMC
    capacities as Trustees of the LABORERS    )
17  HEALTH AND WELFARE TRUST FUND             )
    FOR NORTHERN CALIFORNIA; LABORERS )
18  VACATION-HOLIDAY TRUST FUND FOR           )
    NORTHERN CALIFORNIA; LABORERS             )
19  PENSION TRUST FUND FOR NORTHERN           )
    CALIFORNIA; and LABORERS TRAINING         )
20  AND RETRAINING TRUST FUND FOR             )    STIPULATION TO EXTEND TIME
    NORTHERN CALIFORNIA; NORTHERN             )    FOR DEFENDANT TO ANSWER
21  CALIFORNIA DISTRICT COUNCIL OF            )    OR OTHERWISE RESPOND;
    LABORERS for itself and on behalf of      )    [PROPOSED] ORDER
22  LABORERS' LOCAL 139,                      )
                                              )
23              Plaintiffs,                   )
                                              )
24        v.                                  )
                                              )
25  CAL-KIRK LANDSCAPING, A California        )
    Corporation,                              )
26                                            )
                Defendant.                    )
27  _____ )

28

    _____
          STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER; [PROPOSED] ORDER
    SF1 28368083.1

## STIPULATION TO EXTEND TIME TO ANSWER

Pursuant to Federal Rules of Civil Procedure 12, Local Rule 6-1, and Local Rule 6-2, Plaintiffs and Defendant hereby stipulate to extend the time within which Defendant must answer or otherwise respond to Plaintiffs' First Amended Complaint.

Plaintiffs filed the original Complaint and Petition to Confirm in this action on July 9, 2008. On or around November 2008, Defendant agreed to allow Plaintiffs' auditors to audit their records to determine whether any amounts were due and owing as a result of the audit. Plaintiffs thereafter conducted an audit of Defendant's records and found a number of delinquencies owed by Defendant. On or around February 2009, Plaintiffs submitted their audit findings to Defendant to allow Defendant the opportunity to review those results and challenge any delinquencies it believed were in error. After receiving no response from Defendant, Plaintiffs filed their First Amended Complaint for Petition to Confirm Arbitration Award, Breach of Contract, Damages, and Breach of Fiduciary Duty on May 7, 2009. On or around May 15, 2009, Plaintiffs received documentation from Defendant. On or around June 3, 2009, Plaintiffs were notified that Defendant had retained legal counsel on or around May 21, 2009. On June 4, at the request of the parties, the Court granted Defendant an extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint to July 31, 2009. The parties then exchanged additional documentation and requested a subsequent extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint until August 31, 2009.

As a result of the documentation that Defendant submitted to Plaintiffs, Plaintiffs have made adjustments to the audit worksheets. Defendant reviewed the adjusted work sheets and provided an analysis of the audit worksheets to Plaintiff. Plaintiffs and Defendant are currently engaged in additional review of the revised audit worksheets and are attempting to resolve the matter without further litigation. Accordingly, Plaintiffs and Defendant hereby respectfully request that this Court grant an additional extension of time for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint to September 9, 2009.

The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER; [PROPOSED] ORDER
SF1 28368083 1

1 Dated: August 31, 2009

2           WEINBERG, ROGER & ROSENFELD
            A Professional Corporation

3

4           By:_____
            KRISTINA M. ZINNEN
            Attorney for Plaintiffs

5

6 Dated: August 31, 2009

7           SEYFARTH SHAW LLP

8           By:_____
            G. DANIEL NEWLAND

9            ARI HERSHER
            Attorneys for Defendant

10 / / /

11 / / /

12 / / /

13      **[PROPOSED] ORDER EXTENDING TIME TO ANSWER**

14    Based upon the foregoing Stipulation to Extend Time to Answer or Otherwise Respond,

15 the Court grants an extension of time for Defendant to answer or otherwise respond to the

16 Complaint to September 9, 2009. In addition, the Court Orders:

17

18

19

20 Dated:   September 1, 2009

21

22

23

24

25

26

27

28

              3

SF1 28368083.1