1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

7  G. DANIEL NEWLAND, Bar No. 087965
   ARI HERSHER, Bar No. 260321
8  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
9  San Francisco, California 94105
   Telephone (415) 397-2823
10 Fax (415) 397-8549

11 Attorneys for Defendant

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 THE BOARD OF TRUSTEES, in their        ) No.  C 08-03292 EMC
   capacities as Trustees of the LABORERS )
16 HEALTH AND WELFARE TRUST FUND          )
   FOR NORTHERN CALIFORNIA; LABORERS      )
17 VACATION-HOLIDAY TRUST FUND FOR        )
   NORTHERN CALIFORNIA; LABORERS          )
18 PENSION TRUST FUND FOR NORTHERN        )
   CALIFORNIA; and LABORERS TRAINING      ) **STIPULATED REQUEST TO**
19 AND RETRAINING TRUST FUND FOR          ) **CONTINUE CASE MANAGEMENT**
   NORTHERN CALIFORNIA; NORTHERN          ) **CONFERENCE; [PROPOSED]**
20 CALIFORNIA DISTRICT COUNCIL OF         ) **ORDER**
   LABORERS for itself and on behalf of   )
21 LABORERS' LOCAL 139                     )
                                          )
22          Plaintiffs,                    )
                                          )
23      v.                                 ) Date:      September 23, 2009
                                          ) Time:      1:30 p.m.
24 CAL-KIRK LANDSCAPING, INC., A          ) Judge:     Honorable Edward M. Chen
   California Corporation,                 ) Courtroom: C, 15th Floor
25                                          )
                                          )
26          Defendant.                     )
                                          )
27 _____    )

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC

1       Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby request that

2   the initial Case Management Conference scheduled for September 23, 2009 be continued for 60

3   days.  Plaintiffs and Defendant are in the process of attempting to resolve this matter.  Plaintiffs

4   filed the original Complaint and Petition to Confirm in this action on July 9, 2008.  On or around

5   November 2008, Defendant agreed to allow Plaintiffs' auditors to audit their records to determine

6   whether any amounts were due and owing as a result of the audit.  Plaintiffs thereafter conducted

7   an audit of Defendant's records and found a number of delinquencies owed by Defendant.  On or

8   around February 2009, Plaintiffs submitted their audit findings to Defendant to allow Defendant

9   the opportunity to review those results and challenge any delinquencies it believed were in error.

10  After receiving no response from Defendant, Plaintiffs filed their First Amended Complaint for

11  Petition to Confirm Arbitration Award, Breach of Contract, Damages, and Breach of Fiduciary

12  Duty on May 7, 2009.  On or around May 15, 2009, Plaintiffs received documentation from

13  Defendant.  On or around June 3, 2009, Plaintiffs were notified that Defendant had retained legal

14  counsel on or around May 21, 2009.  On June 4, at the request of the parties, the Court granted

15  Defendant an extension of time to answer or otherwise respond to Plaintiffs' First Amended

16  Complaint to July 31, 2009.  The parties thereafter stipulated to two additional extensions of time

17  for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint to August

18  31, 2009 and September 9, 2009, respectively.  Defendant timely answered on September 9, 2009.

19      As a result of the documentation that Defendant submitted to Plaintiffs, Plaintiffs have

20  made adjustments to the audit worksheets.  Plaintiffs and Defendant are currently engaged in a

21  review of the revised audit worksheets and are attempting to resolve the matter without further

22  litigation.  The parties anticipate they will reach a settlement in this matter within the next 60 days.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC

1    Based on the above, Plaintiffs and Defendant respectfully request that the initial case

2  management conference scheduled for September 23, 2009 be continued for 60 days, in order to

3  allow the parties time to attempt to resolve the matter without further litigation.

4  Dated:  September 16, 2009

5                                                          WEINBERG, ROGER & ROSENFELD
                                                         A Professional Corporation

6

7                                                          By:    _____/s/_____
                                                                KRISTINA M. ZINNEN

8                                                               Attorneys for Plaintiffs

9

10  Dated:  September 16, 2009

11                                                         SEYFARTH SHAW LLP

12                                                         By:    _____/s/_____
                                                                ARI HERSHER

13                                                              Attorneys for Defendant

14

15       **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

16    Based upon the foregoing Stipulated Request to Continue Case Management Conference,

17  the Court orders the continuance of the case management conference for 60 days, or as soon

18  thereafter as a court date is available.  In addition, the Court Orders:

19   that the case management conference is reset from 9/23/09 to 11/18/09 at 1:30 p.m.  A joint
     CMC Statement is due 11/11/09.

20

21  Dated:                                    _____

22                                          The Honorable Edward M. Chen
                                            United States Magistrate Judge

23

24  115853/544151

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

- 3 -