1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

7  G. DANIEL NEWLAND, Bar No. 087965
   ARI HERSHER, Bar No. 260321
8  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
9  San Francisco, California 94105
   Telephone (415) 397-2823
10 Fax (415) 397-8549

11 Attorneys for Defendant

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 139, <br><br> Plaintiffs, <br><br> v. <br><br> CAL-KIRK LANDSCAPING, INC., A California Corporation, <br><br> Defendant. | No. C 08-03292 EMC <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date: January 27, 2010 <br> Time: 1:30 p.m. <br> Judge: Honorable Edward M. Chen <br> Courtroom: C, 15th Floor |

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby request that the initial Case Management Conference scheduled for November 18, 2009 be continued for 60 days. Plaintiffs and Defendant are in the process of attempting to resolve this matter. Plaintiffs filed the original Complaint and Petition to Confirm in this action on July 9, 2008. On or around November 2008, Defendant agreed to allow Plaintiffs' auditors to audit their records to determine whether any amounts were due and owing as a result of the audit. Plaintiffs thereafter conducted an audit of Defendant's records and found a number of delinquencies owed by Defendant. On or around February 2009, Plaintiffs submitted their audit findings to Defendant to allow Defendant the opportunity to review those results and challenge any delinquencies it believed were in error. After receiving no response from Defendant, Plaintiffs filed their First Amended Complaint for Petition to Confirm Arbitration Award, Breach of Contract, Damages, and Breach of Fiduciary Duty on May 7, 2009. On or around May 15, 2009, Plaintiffs received documentation from Defendant. On or around June 3, 2009, Plaintiffs were notified that Defendant had retained legal counsel on or around May 21, 2009. On June 4, at the request of the parties, the Court granted Defendant an extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint to July 31, 2009. The parties thereafter stipulated to two additional extensions of time for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint to August 31, 2009 and September 9, 2009, respectively. Defendant timely answered on September 9, 2009.

As a result of the documentation that Defendant submitted to Plaintiffs, Plaintiffs have made adjustments to the audit worksheets. Plaintiffs and Defendant are currently engaged in a review of the revised audit worksheets and are attempting to resolve the matter without further litigation. The parties have requested two prior continuances of the Case Management Conference. A third continuance would promote judicial efficiency because the parties are continuing to partake in settlement discussions and are very close to reaching a settlement. Based on the current state of negotiations, the parties anticipate they will reach a settlement in this matter within the next 90 days.

///

Based on the above, Plaintiffs and Defendant respectfully request that the initial case management conference, currently scheduled for January 27, 2010, be continued for 90 days, in order to allow the parties time to attempt to resolve the matter without further litigation.

Dated: January ___, 2010

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: _____/s/_____
        KRISTINA M. ZINNEN
        Attorney for Plaintiffs

Dated: January 20, 2010

        SEYFARTH SHAW LLP

        By: _____/s/_____
        ARI HERSHER
        Attorney for Defendant

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Stipulated Request to Continue Case Management Conference, the Court orders the continuance of the case management conference for 90 days, or as soon thereafter as a court date is available. In addition, the Court Orders:

The case management conference is reset from 1/27/10 to 4/28/10 at 2:30 p.m. A joint cmc statement shall be filed by 4/21/10.

Dated:    1/22/10               _____
                                      The Honorable Edward M. Chen
                                      United States District Judge

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*