BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

G. DANIEL NEWLAND, Bar No. 087965
ARI HERSHER, Bar No. 260321
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone (415) 397-2823
Fax (415) 397-8549

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 139<br><br>Plaintiffs,<br><br>v.<br><br>CAL-KIRK LANDSCAPING, INC., A California Corporation,<br><br>Defendant. | No. C 08-03292 EMC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:     July 14, 2010<br>Time:    1:30 p.m.<br>Judge:   Honorable Edward M. Chen<br>Courtroom: C, 15th Floor |

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby request that the initial Case Management Conference scheduled for July 14, 2010 be continued for 90 days. Plaintiffs and Defendant are in the process of attempting to resolve this matter. Plaintiffs filed the original Complaint and Petition to Confirm in this action on July 9, 2008. On or around November 2008, Defendant agreed to allow Plaintiffs' auditors to audit their records to determine whether any amounts were due and owing as a result of the audit. Plaintiffs thereafter conducted an audit of Defendant's records and found a number of delinquencies owed by Defendant. On or around February 2009, Plaintiffs submitted their audit findings to Defendant to allow Defendant the opportunity to review those results and challenge any delinquencies it believed were in error. After receiving no response from Defendant, Plaintiffs filed their First Amended Complaint for Petition to Confirm Arbitration Award, Breach of Contract, Damages, and Breach of Fiduciary Duty on May 7, 2009. On or around May 15, 2009, Plaintiffs received documentation from Defendant. On or around June 3, 2009, Plaintiffs were notified that Defendant had retained legal counsel on or around May 21, 2009. On June 4, at the request of the parties, the Court granted Defendant an extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint to July 31, 2009. The parties thereafter stipulated to two additional extensions of time for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint to August 31, 2009 and September 9, 2009, respectively. Defendant timely answered on September 9, 2009.

As a result of the documentation that Defendant submitted to Plaintiffs, Plaintiffs have made adjustments to the audit worksheets. Plaintiffs and Defendant are currently engaged in a review of the revised audit worksheets and are attempting to resolve the matter without further litigation. The parties have requested prior continuances of the Case Management Conference. The parties are requesting a further continuance at this time since the working attorney for Defendant is on an emergency medical leave for the next 6-8 weeks. A further continuance would promote judicial efficiency because the parties are very close to reaching a settlement and anticipate they will reach a settlement in this matter upon Defendant's counsel return from medical leave.

- 2 -

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC

1  Based on the above, Plaintiffs and Defendant respectfully request that the initial case management conference scheduled for July 14, 2010 be continued for 90 days, in order to allow the parties time to attempt to resolve the matter without further litigation upon Defendant's counsel return from medical leave.

Dated: July 2, 2010

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By: _____/s/_____
          KRISTINA M. ZINNEN
          Attorneys for Plaintiffs

Dated: July 2, 2010

          SEYFARTH SHAW LLP

          By: _____/s/_____
          G. DANIEL NEWLAND
          Attorneys for Defendant

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Stipulated Request to Continue Case Management Conference, the Court orders the continuance of the case management conference for 90 days, or as soon thereafter as a court date is available.  In addition, the Court Orders:    The CMC is reset to 10/13/10 at 1:30 p.m.  A Joint CMC statement shall be filed by 10/6/10.

Dated:    7/13/10

          The Honorable Edward M. Chen
          District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

115853/579048

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 3 -
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC