BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

G. DANIEL NEWLAND, Bar No. 087965
ARI HERSHER, Bar No. 260321
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone (415) 397-2823
Fax (415) 397-8549

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 139,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAL-KIRK LANDSCAPING, INC., A California Corporation,<br><br>　　　　　Defendant. | No. C 08-03292 EMC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br><br>Date:　　December 15, 2010<br>Time:　　1:30 p.m.<br>Judge:　　Honorable Edward M. Chen<br>Courtroom: C, 15th Floor |

---

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC

1  Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby request that
2  the initial Case Management Conference scheduled for November 18, 2009 be continued for 60
3  days.  Plaintiffs and Defendant are in the process of attempting to resolve this matter.  Plaintiffs
4  filed the original Complaint and Petition to Confirm in this action on July 9, 2008.  On or around
5  November 2008, Defendant agreed to allow Plaintiffs' auditors to audit their records to determine
6  whether any amounts were due and owing as a result of the audit.  Plaintiffs thereafter conducted
7  an audit of Defendant's records and found a number of delinquencies owed by Defendant.  On or
8  around February 2009, Plaintiffs submitted their audit findings to Defendant to allow Defendant
9  the opportunity to review those results and challenge any delinquencies it believed were in error.
10 After receiving no response from Defendant, Plaintiffs filed their First Amended Complaint for
11 Petition to Confirm Arbitration Award, Breach of Contract, Damages, and Breach of Fiduciary
12 Duty on May 7, 2009.  On or around May 15, 2009, Plaintiffs received documentation from
13 Defendant.  On or around June 3, 2009, Plaintiffs were notified that Defendant had retained legal
14 counsel on or around May 21, 2009.  On June 4, at the request of the parties, the Court granted
15 Defendant an extension of time to answer or otherwise respond to Plaintiffs' First Amended
16 Complaint to July 31, 2009.  The parties thereafter stipulated to two additional extensions of time
17 for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint to August
18 31, 2009 and September 9, 2009, respectively.  Defendant timely answered on September 9, 2009.
19 As a result of the documentation that Defendant submitted to Plaintiffs, Plaintiffs have
20 made adjustments to the audit worksheets.  Plaintiffs and Defendant are currently engaged in a
21 review of the revised audit worksheets and are attempting to resolve the matter without further
22 litigation.  The parties are requesting a further continuance at this time because the working
23 attorneys for both parties have recently returned from extended medical leaves and the parties are
24 continuing to partake in meaningful settlement discussions.  A further continuance would promote
25 judicial efficiency because the parties are very close to reaching a settlement and anticipate they
26 will reach a settlement in the next 60 days.
27 / / /
28

1  Based on the above, Plaintiffs and Defendant respectfully request that the initial case management conference, currently scheduled for December 15, 2010, be continued for 60 days, in order to allow the parties time to attempt to resolve the matter without further litigation.

Dated:  December 6, 2010

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:      /s/
             KRISTINA M. ZINNEN
             Attorney for Plaintiffs

Dated:  December 6, 2010

        SEYFARTH SHAW LLP

        By:      /s/
             ARI HERSHER
             Attorney for Defendant

### [PR~~O~~POSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Stipulated Request to Continue Case Management Conference, the Court orders the continuance of the case management conference for 60 days, or as soon thereafter as a court date is available.  In addition, the Court Orders: The CMC is reset for 2/23/11 at 1:30 p.m.  A Joint CMC statement shall be filed by 2/16/11.

Dated:  12/14/10

        The Honorable Edward M. Chen
        United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen* (signature, seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)