1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

7  G. DANIEL NEWLAND, Bar No. 087965
   ARI HERSHER, Bar No. 260321
8  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
9  San Francisco, California 94105
   Telephone (415) 397-2823
10 Fax (415) 397-8549

11 Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 139<br><br>Plaintiffs,<br><br>v.<br><br>CAL-KIRK LANDSCAPING, INC., A California Corporation,<br><br>Defendant. | No. C 08-03292 EMC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br><br>Date:         February 23, 2011<br>Time:         1:30 p.m.<br>Judge:        Honorable Edward M. Chen<br>Courtroom:  C, 15th Floor |

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC

- 2 -

1   Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby request that
2 the initial Case Management Conference scheduled for February 23, 2011 be continued for 90
3 days.  Plaintiffs and Defendant are in the process of attempting to resolve this matter.  Plaintiffs
4 filed the original Complaint and Petition to Confirm in this action on July 9, 2008.  On or around
5 November 2008, Defendant agreed to allow Plaintiffs' auditors to audit their records to determine
6 whether any amounts were due and owing as a result of the audit.  Plaintiffs thereafter conducted
7 an audit of Defendant's records and found a number of delinquencies owed by Defendant.  On or
8 around February 2009, Plaintiffs submitted their audit findings to Defendant to allow Defendant
9 the opportunity to review those results and challenge any delinquencies it believed were in error.
10 After receiving no response from Defendant, Plaintiffs filed their First Amended Complaint for
11 Petition to Confirm Arbitration Award, Breach of Contract, Damages, and Breach of Fiduciary
12 Duty on May 7, 2009.  On or around May 15, 2009, Plaintiffs received documentation from
13 Defendant.  On or around June 3, 2009, Plaintiffs were notified that Defendant had retained legal
14 counsel on or around May 21, 2009.  On June 4, at the request of the parties, the Court granted
15 Defendant an extension of time to answer or otherwise respond to Plaintiffs' First Amended
16 Complaint to July 31, 2009.  The parties thereafter stipulated to two additional extensions of time
17 for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint to August
18 31, 2009 and September 9, 2009, respectively.  Defendant timely answered on September 9, 2009.
19   As a result of the documentation that Defendant submitted to Plaintiffs, Plaintiffs have
20 made adjustments to the audit worksheets.  The parties then engaged in informal discovery,
21 including the exchange of payroll records and related documents.  Defendant then provided
22 Plaintiffs with an analysis of Plaintiffs' audit.  Plaintiffs and Defendant are currently engaged in a
23 review of the revised audit worksheets and Defendant's audit analysis, and are attempting to
24 resolve the matter without further litigation.  The parties are requesting a further continuance at this
25 time because a continuance would promote judicial efficiency and allow the parties to allocate their
26 time and resources towards settlement.  The parties believe that they are close to reaching a
27 settlement and anticipate they will reach an agreement within the next 90 days.
28

1  Based on the above, Plaintiffs and Defendant respectfully request that the initial case
2  management conference, currently scheduled for February 23, 2011, be continued for 90 days, in
3  order to allow the parties time to attempt to resolve the matter without further litigation.

4  Dated:  February 15, 2011
                                        WEINBERG, ROGER & ROSENFELD
5                                       A Professional Corporation

6                                       By:          /s/
7                                           KRISTINA M. ZINNEN
                                            Attorney for Plaintiffs
8

9

10 Dated:  February 15, 2011
                                        SEYFARTH SHAW LLP
11

12                                      By:          /s/
                                            ARI HERSHER
13                                          Attorney for Defendant

14

15 **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

16  Based upon the foregoing Stipulated Request to Continue Case Management Conference,
17 the Court orders the continuance of the case management conference for 90 days, or as soon
18 thereafter as a court date is available.  In addition, the Court Orders: CMC is reset to 6/1/11 at 1:30 p.m.  A joint cmc statement shall be filed by 5/25/11.

21 Dated:  2/22/11
                                        _____
                                        [Judge] Edward M. Chen
22                                      District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 08-03292 EMC
12960767v.2