1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

7  G. DANIEL NEWLAND, Bar No. 087965
   ARI HERSHER, Bar No. 260321
8  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
9  San Francisco, California 94105
   Telephone (415) 397-2823
10 Fax (415) 397-8549

11 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 139,<br><br>            Plaintiffs,<br><br>      v.<br><br>CAL-KIRK LANDSCAPING, INC., A California Corporation,<br><br>            Defendant. | Case No.: C-08-03292 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ALTERNATIVE DISPUTE RESOLUTION AND CASE MANAGEMENT CONFERENCE DEADLINES** |

1

Joint Stipulation and [Proposed] Order to Extend ADR and CMC Deadlines / Case No. C-08-03292 EMC

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated, by and between Plaintiffs and Defendant (collectively the "Parties"), through their respective undersigned counsel, as follows:

WHEREAS, the Parties attended a Case Management Conference on August 12, 2011, before Judge Edward M. Chen;

WHEREAS, the Court referred the above-captioned case to a mediator for settlement purposes, and further ordered that a mediation occur within 90 days (i.e. by November 10, 2011);

WHEREAS, the Court also scheduled a Case Management Conference for December 16, 2011;

WHEREAS, on August 31, 2011, the Parties were referred to mediator Katherine S. Richey ("the Mediator"), who noticed a pre-mediation conference for October 4, 2011.

WHEREAS, Defendant's counsel, Seyfarth Shaw LLP, is in the process of withdrawing as counsel and anticipates filing a motion for withdrawal within the next 21 days;

WHEREAS, Defendant's counsel is attempting to help Defendant find substitute counsel, but substitute counsel has not yet been retained;

WHEREAS, the Parties and the Mediator met and conferred and agreed to continue the alternative dispute resolution ("ADR") deadline for 90 days;

WHEREAS, the Parties further met and conferred and agreed to continue the Case Management Conference for 90 days;

WHEREAS, the Parties believe that an extension of the ADR deadline will provide Defendant needed time to find substitute counsel and will maximize the chances of a negotiated resolution;

WHEREAS, the Parties believe that a continuance of the Case Management Conference will better promote judicial economy and will allow the Parties' sufficient time to complete mediation, prior to the Case Management Conference;

WHEREAS, the Parties have not previously requested an extension of the ADR deadline and do not believe this extension will materially alter the schedule for this case;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, through their respective undersigned counsel, that:

(1) The ADR deadline, currently scheduled for November 10, 2011, shall be continued by 90 days to February 8, 2012;

(2) The Parties will appear for a mediation before mediator Katherine S. Richey on or before February 8, 2012;

(3) The Case Management Conference, currently scheduled for December 16, 2011, shall be continued for 90 days.

IT IS SO STIPULATED.

DATED: October 12, 2011          WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation

                                 By:        /S/
                                    KRISTINA M. ZINNEN
                                    Attorney for Plaintiffs

DATED: October 12, 2011          SEYFARTH SHAW LLP

                                 BY:        /S/
                                    ARI HERSHER
                                    Attorney for Defendant


# [~~PROPOSED~~] ORDER CONTINUING ADR AND CMC DEADLINES

Based upon the foregoing Stipulated Request to Continue the ADR deadline, the Court orders the continuance of the ADR deadline for 90 days, until February 8, 2012. The Court further orders that the Case Management Conference, currently set for December 16, 2011, be continued to March 16, 2012 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/13/2011                _____
                                 The Honorable Edward M. Chen
                                 United States District Judge

3

13813561v.1
Joint Stipulation and [Proposed] Order to Extend ADR and CMC Deadlines / Case No. C-08-03292 EMC