```
 1  BARRY E. HINKLE, Bar No. 071223
    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
 2  KRISTINA M. ZINNEN, Bar No. 245346
    WEINBERG, ROGER & ROSENFELD
 3  A Professional Corporation
    1001 Marina Village Parkway, Suite 200
 4  Alameda, California 94501-1091
    Telephone (510) 337-1001
 5  Fax (510) 337-1023

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 139<br><br>Plaintiffs,<br><br>v.<br><br>CAL-KIRK LANDSCAPING, INC., A California Corporation,<br><br>Defendant. | No.   CV 08-3292 EMC<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**  ; ORDER |

Plaintiffs, the Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California; and the Northern California District Council of Laborers, for itself and on behalf of Laborers Local 139 ("Plaintiffs") hereby request that the Court enter default of Defendant Cal-Kirk Landscaping, Inc. ("Defendant"). The basis for this request is set forth in the accompanying declaration of Kristina M. Zinnen, filed herewith.

1

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
No.   CV 08-3292 EMC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Plaintiffs filed their Petition to Confirm Arbitration Award and Complaint for Audit, Breach of Contract, Damages and Injunction on July 9, 2008. Plaintiffs served Defendant Cal-Kirk Landscaping, Inc. ("Defendant") with the Complaint by personal service on August 7, 2008, for which Plaintiffs filed Proof of Service with this Court on August 25, 2008.

Plaintiffs thereafter filed and served their First Amended Complaint for Petition to Confirm Arbitration Award, Breach of Contract, Damages, and Breach of Fiduciary Duty on May 7, 2009. On June 4, 2009, at the request of the parties, the Court granted Defendant an extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint to July 31, 2009. The parties thereafter stipulated to two additional extensions of time for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint to August 31, 2009 and September 9, 2009, respectively. Defendant timely answered on September 9, 2009.

On December 15, 2011, the Court granted Seyfarth Shaw LLP's motion to withdraw at Defendant's counsel effective December 2, 2011. (Document 71.) The Court further ordered Defendant to find substitute counsel to represent it and make an appearance in this case within sixty (60) days of the December 15, 2011 Order, or the Court would enter Defendant's default.

To date, Defendant has failed to have substitute counsel make an appearance in this case. Because the sixty day deadline has expired, Plaintiffs respectfully request that the Court enter Defendant's default.

Dated: February 14, 2012

IT IS SO ORDERED that default is entered against Defendant Cal-Kirk. The 3/16/12 CMC is reset for 5/25/12 at 9:00 a.m.

_____
Edward M. Chen
U.S. District Judge

115853/655984

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/Kristina M. Zinnen
    KRISTINA M. ZINNEN
    Attorneys for Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
No.    CV 08-3292 EMC

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 15, 2011, I served upon the following parties in this action:

> Cal Kirk Landscaping, Inc., A
> California Corporation
> 2905 Saint Louis Road
> Arcata, CA  95521

copies of the document(s) described as:

### PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

**[X]   BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]   BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]   BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]   BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct.  Executed at Alameda, California, on February 15, 2011.

/s/J. L. Aranda
J. L. ARANDA

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
No.   CV 08-3292 EMC