BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 139<br><br>Plaintiffs,<br><br>v.<br><br>CAL-KIRK LANDSCAPING, INC., A California Corporation,<br><br>Defendant. | No. CV 08-3292 EMC<br><br>**PLAINTIFFS' EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** (Amended) |

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the Case Management Conference scheduled for May 25, 2012 at 9:00 a.m. be continued for 60 days. The Court entered Defendant's default on March 6, 2012. Plaintiffs are preparing a Motion for Default Judgment, which they anticipate they will file within the next two weeks, with a requested hearing date 35 days thereafter. Plaintiffs therefore respectfully request that the Case Management Conference

1

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

PLAINTIFFS' EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
No. CV 08-3292 EMC

1  scheduled for May 25, 2012 be continued for 60 days, or until after the hearing on Plaintiffs'

2  Motion for Default Judgment, whichever is later.

3  Dated: May 18, 2012

4                                        WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation

6                                    By:    /s/Kristina M. Zinnen
7                                        KRISTINA M. ZINNEN
                                      Attorneys for Plaintiffs

10  **[PROP~~O~~SED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

11        Based upon the foregoing Ex Parte Request to Continue Case Management Conference,

12  the Court orders the continuance of the case management conference for 60 days, or as soon

13  thereafter as a court date is available. In addition, the Court Orders:

> CMC is reset from 5/25/12 to 8/24/12 at 9:00 a.m. No further extension will be granted without good cause.

15  Dated:    May 22, 2012

16                                    The Honorable Edward M. Chen
                                  United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 18, 2012, I served upon the following parties in this action:

>  Cal Kirk Landscaping, Inc., A
>  California Corporation
>  2905 Saint Louis Road
>  Arcata, CA  95521

copies of the document(s) described as:

**PLAINTIFFS' EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct.  Executed at Alameda, California, on May 18, 2012.

> /s/ *Laureen D. Arnold*
> Laureen D. Arnold

115853/669198

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

PLAINTIFFS' EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
No.   CV 08-3292 EMC