United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, *et al.*, | No. C-08-3292 EMC |
| Plaintiffs, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING AND EVIDENCE** |
| CAL-KIRK LANDSCAPING, INC., | |
| Defendant. | **(Docket No. 79)** |

_____/

Counsel for Plaintiff appeared before this Court on October 5, 2012, for a hearing on Plaintiff's Motion for Default Judgment (Docket No. 79). At that hearing, the Court directed Plaintiff to submit further evidence documenting Plaintiff's calculation of damages and interest in this matter. It is hereby **ORDERED** that Plaintiff shall submit to the Court:

(1) a supplemental declaration/briefing substantiating Defendant's liability under the Laborer's Master Agreement for underpaid wages and unpaid initiation fees resulting from employing non-union workers to perform work covered by the agreement, and

(2) a supplemental declaration from a declarant with appropriate firsthand knowledge, along with exhibits (*e.g.*, the relevant audit results), substantiating and explaining Plaintiff's calculation of actual damages, liquidated damages, and interest due to both the Trust Fund and Union Plaintiffs in this matter.

///

///

Plaintiff shall submit these supplemental declarations to the Court no later than October 26, 2012.

    IT IS SO ORDERED.

Dated: October 16, 2012

                                              _____
                                              EDWARD M. CHEN
                                              United States District Judge